UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jimmie Lee Thorne Jr.**             **Docket No. 4:23-CR-31-2BO**

### Petition for Action on Probation

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmie Lee Thorne Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 30, 2024, to 60 months probation under the conditions adopted by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 10, 2024, the subject's partner revealed that Thorne had been rushed to the hospital after suffering from multiple mini strokes. The defendant's location monitoring device had to be removed, so doctors could conduct a Magnetic Resonance Imaging (MRI) and Computed Tomography (CT) scan. The defendant continues to undergo medical testing to determine his long-term prognosis.

In light of the subject's medical condition, the probation officer proposes his conditions be modified to immediately terminate the use of the Location Monitoring. However, the defendant will continue to abide by home confinement with curfew for the remainder of the 6 months term, as previously ordered by the court.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

- The location monitoring condition be removed.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann  
Melissa K. Lunsmann  
Supervising U.S. Probation Officer

/s/ Danele N. Williams  
Danele N. Williams  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8807  
Executed On: March 15, 2024

Jimmie Lee Thorne Jr.
Docket No. 4:23-CR-31-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19__ day of __March__, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge