UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jimmie Lee Thorne Jr.             Docket No. 4:23-CR-31-2D

### Petition for Action on Probation

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmie Lee Thorne Jr., who, plead guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(8), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 30, 2024, to 60 months of probation under the conditions adopted by the court.

On March 15, 2024, a Petition for Action was submitted to the court requesting the location monitoring condition be removed. The court agreed and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has maintained full compliance since his release from custody. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral therapy program to assist with continued positive thinking patterns. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy             /s/ Quanda L. Lunsford
Maurice J. Foy             Quanda L. Lunsford
Supervising U.S. Probation Officer             U.S. Probation Officer
            310 New Bern Avenue, Room 610
            Raleigh, NC 27601-1441
            Phone: 919-861-8801
            Executed On: September 23, 2025

### ORDER OF THE COURT

Considered and ordered this __24__ day of __September__, 2025 and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge